UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE LAVELLE WILEY, SR., <br><br> Petitioner, <br><br> v. <br><br> KATHY MENDOZA-POWERS, WARDEN, <br><br> Respondent. | Case No.  CV 08-3729-AG (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 23, 2010

Andrew J. Guilford
United States District Judge